District Judge David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALVIN BALUYOT CERVANIA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-05284-DGE <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER <br><br> Noted for Consideration: <br> May 27, 2025 |

For good cause, Plaintiff and Defendants, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until August 2, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-485, Application to Register Permanent Residence or Adjust Status. Defendants' response to the Complaint is currently due on June 9, 2025. The parties are currently working towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER
[Case No. 3:25-cv-05284-DGE] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's follow-up interview for June 3, 2025. USCIS agrees to diligently work towards completing the adjudication within 60 days of the interview. Once the application is adjudicated, Plaintiff will voluntarily dismiss the case. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's interview and then process his Form I-485.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until August 2, 2025. The parties will submit a joint status report on or before August 2, 2025.

DATED this 28th day of May, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3800
Fax:    253-428-3826
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

**I certify that this memorandum contains 271 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER
[Case No. 3:25-cv-05284-DGE] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

| | |
|---|---|
| 1 | |
| 2 | *s/ Alvin Cervania*<br>ALVIN CERVANIA |
| 3 | 4935 Switchback Loop SE<br>Lacey, Washington 98513 |
| 4 | Email:  Cervaniaalvin@gmail.com<br>*Pro Se Plaintiff* |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER
[Case No. 3:25-cv-05284-DGE] - 3

UNITED STATES ATTORNEY
1201 P<small>ACIFIC</small> A<small>VE</small>., S<small>TE</small>. 700
T<small>ACOMA</small>, WA 98402
(253) 428-3800

**ORDER**

The case is held in abeyance until August 2, 2025.  The parties shall submit a joint status report on or before August 2, 2025.  It is so **ORDERED**.

The Clerk is directed to calendar this event.

DATED this 28th day of May, 2025.

_____
DAVID G. ESTUDILLO
United States Chief District Judge

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER
[Case No. 3:25-cv-05284-DGE] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800