Chief District Judge David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALVIN BALUYOT CERVANIA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-05284-DGE <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER <br><br> Noted for Consideration: <br> July 18, 2025 |

For good cause, Plaintiff and Defendants, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings until October 17, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-485, Application to Register Permanent Residence or Adjust Status. This case is currently stayed through August 2, 2025. Dkt. No.8. The parties are currently working towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:25-cv-05284-DGE] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
2  P. 1.

3      With additional time, this case may be resolved without the need of further judicial
4  intervention. USCIS has issued a Notice of Intention to Revoke ("NOIR") the approval of
5  Plaintiff's Form I-360. Plaintiff has until August 17, 2025, to respond to the NOIR. The parties
6  request the stay to be continued to allow time for Plaintiff to submit the response, USCIS's review
7  of the response, and then continue with the adjudication of Plaintiff's Form I-485. Once the
8  application is adjudicated, Plaintiff will voluntarily dismiss the case.

9      As additional time is necessary for this to occur, the parties request that the Court hold the
10 case in abeyance until October 17, 2025. The parties will submit a joint status report on or before
11 October 17, 2025.

12 //

13

14 //

15

16 //

17

18 //

19

20 //

21

22 //

23

24 //

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:25-cv-05284-DGE] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  DATED this 18th day of July, 2025.

2            Respectfully submitted,

3            TEAL LUTHY MILLER
          Acting United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Fax:    253-428-3826
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

**I certify that this memorandum contains 287 words, in compliance with the Local Civil Rules.**

*See PDF for Signature*
ALVIN CERVANIA
4935 Switchback Loop SE
Lacey, Washington 98513
Email:  Cervaniaalvin@gmail.com
*Pro Se Plaintiff*

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:25-cv-05284-DGE] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The case is held in abeyance until October 17, 2025. The parties shall submit a joint status report on or before October 17, 2025. The Clerk shall calendar this event. It is so **ORDERED**.

DATED this 18th day of July, 2025.



DAVID G. ESTUDILLO
United States Chief District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:25-cv-05284-DGE] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and of such age and discretion as to be competent to serve papers.

I further certify on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following CM/ECF participant(s):

- 0 -

I further certify on today's date, I arranged for service of the foregoing on the following non-CM/ECF participant(s), via Certified Mail with return receipt, postage prepaid, addressed as follows:

Alvin Baluyot Cervania, *Pro Se* Plaintiff
4935 Switchback Loop Se
Lacey, WA 98513

DATED this 18th day of July, 2025.

*s/ Stephanie Huerta-Ramirez*
STEPHANIE HUERTA-RAMIREZ, Legal Assistant
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-7970
Fax:   (206) 553-4073
Email: Stephanie.Huerta-Ramirez@usdoj.gov

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:25-cv-05284-DGE] - 5

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800