UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVIN CERVANIA, | CASE NO. 3:25-cv-5284-DGE |
| Plaintiff, | ORDER GRANTING STAY IN LIGHT OF LAPSE OF APPROPRIATIONS |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | |
| Defendants. | |

Defendants have filed an Unopposed Motion to Stay in Light of Lapse of Appropriations, in which the government seeks to stay the proceedings in this case duration of the current lapse of appropriations. Such a stay is within the Court's discretion. Many attorneys and other staff important to working on this case will be unavailable during the court of the lapse of appropriations and the United States is unable to pay for critical services necessary to participate in discovery or investigate claims. For these reasons, the Court finds good cause to stay the above captioned proceeding.

Accordingly, it is hereby ORDERED that the above captioned proceeding is stayed for the duration of the current lapse of appropriations. It is ORDERED that this stay be lifted automatically

ORDER
No. 3:25-cv-5284-DGE - 1

and immediately as soon as the lapse of appropriations has ended. It is further ORDERED that the parties to confer within ten court days after the restoration of funding or the government shall file a motion to dismiss this matter.

The Clerk is directed to calendar a status review by the Court on November 3, 2025, so that the Court can track the status of this matter.

Dated this 16th day of October 2025.

David G. Estudillo
United States District Judge

ORDER
No. 3:25-cv-5284-DGE - 2